NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


JEREMIAH W. WILLIS,                     )
DOC# Y28868,                            )
                                        )
            Appellant,                  )
                                        )
v.                                      )        Case No. 2D18-2013
                                        )
STATE OF FLORIDA,                       )
                                        )
            Appellee.                   )
                                        )
_____ )

Opinion filed May 22, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for Lee
County; Bruce E. Kyle, Judge.


PER CURIAM.


            Affirmed.


KELLY, SLEET, and LUCAS, JJ., Concur.